

**GOVERNMENT ATTACHMENT**

**F**