IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | |
| | ) | |
| Defendant. | ) | COUNT 1 / VERDICT FORM |

We, the jury, unanimously find the following:

Question 1. With respect to the charge in Count 1 of the indictment for intentionally damaging protected computer(s), we find the defendant DAVIS LU:

Guilty ____✓____          Not Guilty _____

If you answered Guilty in response to Question 1, proceed to Questions 1(a) and 1(b).

If you answered Not Guilty in response to Question 1, skip Questions 1(a) and 1(b) and proceed to the signature lines.

Question 1(a). The offense caused damage to ten (10) or more protected computers during a one (1)-year period. _Yes_ (answer "Yes" or "No")

Question 1(b). The offense caused loss to one or more persons during a one (1)-year period aggregating at least $5,000 in value. _Yes_ (answer "Yes" or "No")

Proceed to signature line.

████████████          _March 7, 2025_

FOREPERSON

42

43



Date: _March 7, 2025_