**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:21-CR-226-PAB-1 |
| ) | |
| v. ) | |
| ) | |
| DAVIS LU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR A SCHEDULING ORDER
FOR POST-CONVICTION FILINGS**

Defendant Davis Lu moves for a scheduling order regarding his post-conviction filings, for good cause shown, pursuant to Federal Rule of Criminal Procedure 45(b). In particular, Mr. Lu requests the Court to set a deadline of May 12, 2025 for his post-conviction filings, for the Government's oppositions to be due May 26, 2025, and for any reply to be due June 2, 2025. In support of this motion, Mr. Lu states:

1. A jury returned a guilty verdict against Mr. Lu on March 7, 2025. At trial, Mr. Lu was represented by Friedman Nemecek Long & Grant, LLC.

2. Following his conviction, Mr. Lu retained the undersigned as new counsel to represent him in challenging his conviction in this case.

3. The undersigned subsequently filed motions for admission *pro hac vice*, and the Court granted those motions on March 24, 2025 and March 31, 2025.

4. Counsel is in the process of reviewing trial transcripts, and is awaiting discovery and other pertinent case materials to determine possible grounds for any post-conviction motions, including a motion for a judgment of acquittal and/or a motion for new trial, pursuant to Federal

Rules of Criminal Procedure 29 and 33, respectively.

5. Given the voluminous discovery materials and complex subject-matter of the case, the undersigned respectfully requests that any post-conviction filings be due May 12, 2025, that any opposition by the Government be due May 26, 2025, and that any reply brief by Mr. Lu be due June 2, 2025.

6. The Government does not oppose this motion.

Dated: April 8, 2025  Respectfully submitted,

 */s/ Peter Zeidenberg*
Peter Zeidenberg (*pro hac vice*)
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
peter.zeidenberg@afslaw.com

Apeksha Vora (*pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Ph: (212) 457-5420
Fax: (212) 484-3990
apeksha.vora@afslaw.com

*Counsel for Defendant Davis Lu*

3

**<u>CERTIFICATE OF SERVICE</u>**

     I certify that on April 8, 2025, a true and correct copy of the foregoing was served by the Court's CM/ECF system in all counsel of record.

                                              */s/ Peter Zeidenberg*
                                              Peter Zeidenberg