# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | § **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | § |
| v. | § |
| | § Case Number: **1:21-CR-00226-PAB(1)** |
| **DAVIS LU** | § USM Number: **39705-509** |
| **Date of Original Judgment: 8/21/2025** | § **Apeksha Vora** |
| | § Defendant's Attorney |

## THE DEFENDANT:

| | | |
|---|---|---|
| ☐ | pleaded guilty to count(s) | |
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☒ | was found guilty on Count 1 after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18:1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(A)(i)(VI), and (c)(4)(B)(i) Intentionally Damaging Protected Computer(s) | 09/05/2019 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) ☐ is ☐ are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**November 5, 2025**
Date of Imposition of Amended Judgment

**s/*Pamela A. Barker***
Signature of Judge

**Pamela A. Barker, United States District Judge**
Name and Title of Judge

**November 5, 2025**
Date

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                                  Judgment -- Page 2 of 3

DEFENDANT:          DAVIS LU
CASE NUMBER:        1:21-CR-00226-PAB(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
    **Forty-eight (48) months as to Count 1.**
.

☒    The court makes the following recommendations to the Bureau of Prisons:

       Defendant shall be designated for placement at FCI Devens
       Defendant shall be given credit for time already served in relation to this matter.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

       ☐  at                 ☐  a.m.      ☐  p.m.    on

       ☐  as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

       ☐  before 2 p.m. on
       ☐  as notified by the United States Marshal.
       ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to

at _____, with a certified copy of this judgment.


                                              UNITED STATES MARSHAL

                                                  By
                                DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                    Judgment -- Page 3 of 4

DEFENDANT:          DAVIS LU
CASE NUMBER:        1:21-CR-00226-PAB(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  **Three (3) years.**

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☒   The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4.  ☒   You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution (*check if applicable*)

5.  ☒   You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6.  ☐   You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7.  ☐   You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                                    Judgment -- Page 4 of 5

DEFENDANT:              DAVIS LU
CASE NUMBER:            1:21-CR-00226-PAB(1)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.  If not in compliance with the condition of supervision requiring full-time occupation, you may be directed to perform up to 20 hours of community service per week until employed, as approved or directed by the pretrial services and probation officer.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. As directed by the probation officer, you shall notify third parties who may be impacted by the nature of the conduct underlying your current or prior offense(s) of conviction and/or shall permit the probation officer to make such notifications, and/or confirm your compliance with this requirement.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand additional information regarding these conditions is available at the www.uscourts.gov.

Defendant's Signature  _____          Date  _____

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                    Judgment -- Page 5 of 6

DEFENDANT:          DAVIS LU
CASE NUMBER:        1:21-CR-00226-PAB(1)

# SPECIAL CONDITIONS OF SUPERVISION

**Deportation**
You must surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of
Homeland Security, for deportation as provided by law. If you are ordered deported from the
United States, you must remain outside the United States, unless legally authorized to re-enter. If
you re-enter the United States, you must report to the nearest probation office within 72 hours after
you return.

**Financial Disclosure**
You must provide the probation officer with access to any requested financial information and
authorize the release of any financial information. The probation office may share financial
information with the U.S. Attorney's Office.

**No New Debt/Credit**
You must not incur new credit charges or open additional lines of credit without the approval of
the probation officer.

**Cooperate with IRS**
You must fully cooperate with the Internal Revenue Service by filing all delinquent or amended
returns within six months of sentence date and timely file all future returns that come due during
the period of supervision. You must properly report all correct taxable income and claim only
allowable expenses on those returns. You must provide all appropriate documentation in support
of said returns. Upon request, you must furnish the Internal Revenue Service with information
pertaining to all assets and liabilities, and you must fully cooperate by paying all taxes, interest,
and penalties due, and otherwise comply with the tax laws of the United States.

**Financial Windfall Condition**
You must apply all monies received from income tax refunds, lottery winnings, judgments, and/or
any other anticipated or unexpected financial gains to the outstanding court-ordered financial
obligation.

**Computer/Internet Restriction**
You are prohibited from accessing any computer, 'on-line' computer service, Internet Service
Provider, bulletin board system or any other public or private computer network or the service at
any location (including employment or education) without prior written approval of the U.S.
Pretrial Services and Probation Officer or the Court. Any approval shall be subject to any conditions set by the
U.S. Pretrial Services and Probation Officer or the Court with respect to that approval.

The defendant shall consent to the U.S. Pretrial Services and Probation Office conducting periodic
unannounced examinations of his/her computer system(s), which may include retrieval and
copying of all memory from hardware/software and/or removal of such system(s) for the purpose
of conducting a more thorough inspection and will consent to having installed on his/her
computer(s), at his/her expense, any hardware/software to monitor his/her computer use or prevent
access to particular materials. The defendant hereby consents to periodic inspection of any such

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                                      Judgment -- Page 6 of 7

DEFENDANT:             DAVIS LU
CASE NUMBER:           1:21-CR-00226-PAB(1)

installed hardware/software to insure it is functioning properly. The defendant shall provide the U.S. Pretrial
Services and Probation Office with accurate
information about his/her entire computer system (hardware/software); all passwords used by
him/her; and his/her Internet Service Provider(s).

**Computer Monitoring Software**
You must allow the probation officer to install computer monitoring software on any computer (as
defined in 18 U.S.C.§ 1030(e)(1)) you use.

**Computer Search for Monitoring Software**
To ensure compliance with the computer monitoring condition, you must allow the probation
officer to conduct initial and periodic unannounced searches of any computers (as defined in 18
U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the
purposes of determining whether the computer contains any prohibited data prior to installation of
the monitoring software; to determine whether the monitoring software is functioning effectively
after its installation; and to determine whether there have been attempts to circumvent the
monitoring software after its installation. You must warn any other people who use these
computers that the computers may be subject to searches pursuant to this condition.

**Employment Restrictions**
You must not engage in an occupation, business, profession, or volunteer activity that would
require or enable you to create computer code without the prior approval of the probation officer.

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case

Judgment -- Page 7 of 8

DEFENDANT:  DAVIS LU
CASE NUMBER:  1:21-CR-00226-PAB(1)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|  | **Assessment** | **Restitution** | **Fine** | **AVAA Assessment\*** | **JVTA Assessment\*\*** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $326,073.04 | $.00 | $.00 | |

☐ The determination of restitution is deferred    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

Eaton Corporation
Cleveland, Ohio 44122

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the schedule of payments page may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the ☐ fine ☒ restitution

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 10/19) Amended Judgment in a Criminal Case                    Judgment -- Page 8 of 8

DEFENDANT:          DAVIS LU
CASE NUMBER:        1:21-CR-00226-PAB(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**   ☐   Lump sum payments of $ _____ due immediately, balance due

      ☐   not later than _____ , or

      ☐   in accordance        ☐   C,        ☐   D,        ☐   E, or        ☐   F below; or

**B**   ☒   Payment to begin immediately (may be combined with   ☐   C,        ☐   D, or        ☒   F below); or

**C**   ☐   Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
         _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment;
         or

**D**   ☐   Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
         _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from
         imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release
         from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that
         time; or

**F**   ☒   Special instructions regarding the payment of criminal monetary penalties:
         **It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which
         shall be due immediately.  Said special assessment shall be paid to the Clerk, U.S. District Court. The defendant
         must pay restitution in the amount of $The defendant must pay restitution in the amount of $365,838.00 to Eaton
         Corporation, through the Clerk of the U.S. District Court. Restitution is due and payable immediately. The
         defendant must pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate
         Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, payment is
         to commence no later than 60 days following release from imprisonment to a term of supervised release in
         monthly payments of at least a minimum of 10% of defendant's gross monthly income during the term of
         supervised release and thereafter as prescribed by law. Notwithstanding establishment of a payment schedule,
         nothing shall prohibit the United States from executing or levying upon property of the defendant discovered
         before and after the date of this Judgment.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is
due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons'
Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
     See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and
     Several Amount, and corresponding payee, if appropriate.

     ☐   Defendant shall receive credit on his restitution obligation for recovery from other defendants who contributed to the same
         loss that gave rise to defendant's restitution obligation.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.